UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| GERALD R. GOLDSTEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELTA AIRLINES, INC., )<br>)<br>Defendant. ) | Case No.: 3:24cv00409-TKW-ZCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff **GERALD R. GOLDSTEIN** ("Goldstein") and Defendant **DELTA AIR LINES, INC.**, by and through undersigned counsel, advise the Court that the parties have settled all claims, and hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The Parties stipulate and agree that each party shall bear their own attorney's fees and costs related to this litigation. Goldstein is responsible to pay any other Court costs arising out of this action.

Dated this 3rd day of April, 2025.

/s/ Michael J. Schofield
MICHAEL J. SCHOFIELD
Fl. Bar No. 373656
CLARK PARTINGTON

GERALD R. GOLDSTEIN
Plaintiff
ggoldstein@uwf.edu

1

125 East Intendencia St.
Pensacola, FL 32502
(850) 434-9200
mschofield@clarkpartington.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by electronic mail, this 3rd day of April 2025, to Plaintiff at ggoldstein@uwf.edu.

/s/ *Michael J. Schofield*
MICHAEL J. SCHOFIELD