UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GERALD R. GOLDSTEIN**,

    **Plaintiff**,

v.   Case No. 3:24cv409-TKW-ZCB

**DELTA AIRLINES, INC.**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 22), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 4th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**